**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| GUS PALOIAN, not personally but solely in his capacity as the duly appointed chapter 7 trustee for the estate of MUBARAK H. IBRAHIM,<br><br>        Plaintiff,<br><br>    v.<br><br>SAWSAN HOMSI, BADR ALI, PETROLEUM INVESTMENT PROPERTIES, LLC, CALUMET FUEL, INC., NASR ALI, CALUMET PARK MOBIL, LLC, AHMAD ZAHDAN, AJ 119TH, INC., and AJOMON JOY,<br><br>        Defendants. | Case No: 26-cv-02616<br><br>Hon. Judge Charles P. Kocoras |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, March 17, 2026, at 9:50 am or as soon thereafter as counsel may be heard, the undersigned will appear before Honorable Judge Charles P. Kocoras via telephonic conference pursuant to the Court's standing order, and present Badr Ali's Amended Motion to Withdraw the Reference.

                Respectfully submitted,

                /s/ Stephen Scallan

Stephen Scallan
Law Offices of Scallan, P.C.
53 W. Jackson, Suite 560
Chicago, IL 606040
(312) 631-3139
stevescallan@scallanpc.com
ARDC: 6230195
*Counsel for Badr Ali*

1

**Certificate of Service**

I, Stephen Scallan, hereby certify that on March 10, 2026, I caused the attached Notice of Motion to be served upon all parties below via the Court's CM/ECF system and via email.

Jonathan M. Cyrluk
**Carpenter Lipps LLP**
180 N. LaSalle Street
Ste. 2105
Chicago, IL 60601
312-777-4820
cyrluk@carpenterlipps.com

Steve C Moeller
**Carpenter Lipps LLP**
180 N. LaSalle Street
Ste. 2105
Chicago, IL 60601
312-777-4826
moeller@carpenterlipps.com

Kurt M. Carlson
**Carlson Dash LLC**
216 S. Jefferson St.
Suite 303
Chicago, IL 60661
312-382-1600
kcarlson@carlsondash.com

Derek D Samz
**Golan Christie Taglia LLP**
70 W. Madison St.
Ste. 1500
Chicago, IL 60602
312-263-2300
ddsamz@gct.law

Matthew M Showel
**Golan Christie Taglia LLP**
70 W Madison Street
Suite 1500
Chicago, IL 60602
312-696-2645
mmshowel@gct.law

Matthew Luzadder
**Kelley Drye & Warren LLP**
333 W Wacker Dr
Suite 2600
Chicago, IL 60606
312 857-7070
mluzadder@kelleydrye.com

Alla Taher
**Kelley Drye & Warren LLP**
333 W Wacker Dr
Suite 2600
Chicago, IL 60606
ataher@kelleydrye.com

/s/Stephen Scallan
Stephen Scallan

Stephen Scallan
Law Offices of Scallan, P.C.
53 W. Jackson, Suite 560
Chicago, IL 606040
(312) 631-3139
stevescallan@scallanpc.com
ARDC: 6230195
*Counsel for Badr Ali*

2